PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy Simmons                    Case Number: A01-0048-01 (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:     May 31, 2001

Original Offense:              Bank Larceny in violation of 18 U.S.C. § 2113 (b)

Original Sentence:             10 months imprisonment, three years supervised release, $31,504 restitution

Date Supervision Commenced: March 29, 2002/ Revocation January 6, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

   1. At the direction of the probation officer, the defendant shall participate in the home confinement/electronic monitoring program with release for work and treatment, for 30 days.

   2. The defendant shall perform 30 hours of community work service within 90 days

   3. The defendant shall abstain from using alcohol, and shall not enter any establishment where the primary business is the sale of alcohol.

### CAUSE

According to the Anchorage Police Report, on January 22, 2006, the defendant was involved in an altercation at the Woodshed Bar and was arrested and charged with Assault-Reckless Force or Violence in violation of AMC8.10.010(B)(1). The police report states that the defendant was intoxicated at the time of the incident.

-1-

*Request for Modification of Conditions or Term*
*Name of Offender        :        Jeremy Simmons*
*Case Number             :        A01-0048-01 (JWS)*

Respectfully submitted,

*signature*

Mary Frances Barnes
U.S. Probation/Pretrial Services Officer
Date: April 14, 2006

Approved by:

*signature*

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date: 4-17-06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Jeremy Simmons                    Docket No. A01-0048-01CR (JWS)

    I, _Jeremy Simmons_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

1. **At the direction of the probation officer, the defendant shall participate in the home confinement/electronic monitoring program with release for work and treatment, for 30 days.**

2. **The defendant shall perform 30 hours of community work service within 90 days.**

3. **The defendant shall abstain from using alcohol, and shall not enter any establishment where the primary business is the sale of alcohol.**

Signed: _/s/ Jeremy Simmons_               Date: 4-12-06
Jeremy Simmons
Probationer or Supervised Releasee

Witness: _/s/ Mary Frances Barnes_         Date: 4/12/06
Mary Frances Barnes
U.S. Probation/Pretrial Services Officer