IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JEREMY M. SIMMONS,

        Defendant.

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE
IN AN EVIDENTIARY HEARING RE:
VIOLATION(S) OF SUPERVISED RELEASE**

CASE NUMBER: 3:01-cr-00048-JWS

        The United States Magistrate Judge has explained to me the nature of the violations with which I am charged and the maximum penalties which might be imposed if I am found to have committed these violations. The United States Magistrate Judge has also informed me of my right to an evidentiary hearing before a United States District Court Judge or a United States Magistrate Judge. If the evidentiary hearing is held before a United States Magistrate Judge a Report and Recommendation would be prepared and forwarded to the United States District Court Judge assigned to the case. The disposition hearing will be before the United States District Court Judge.

        **I HEREBY: Waive (give up) my right to an evidentiary hearing regarding alleged violations of my supervised release before a United States District Court Judge and I consent to the hearing being held before a United States Magistrate Judge.**

x _____
                        Defendant

_____
              Defendant's Attorney (if any)

Approved By:

/s/ John D. Roberts
SIGNATURE REDACTED

_____
9-27-06
                   DATE

(Rev 9/06)