```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. JEREMY M. SIMMONS         CASE NO. 3:01-cr-00048-JWS
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        AUDREY RENSCHEN FOR MR. SKROCKI

DEFENDANT'S ATTORNEY:          MICHAEL DIENI - APPOINTED

U.S.P.O.:                      MARY BARNES

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD SEPTEMBER 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.
```

 X Copy of Petition to Revoke Supervised Release given to
    defendant: read.

 X Defendant advised of general rights.

 X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1 and 2 of the Petition to Revoke
    Supervised Release.

 X Consent to be filed within  2  days or case shall be
    transferred to U.S. District Judge. Court instructed
    government to file a status report to set Evidentiary Hearing
    within 30 days or sooner if State of Alaska case is
    terminated.

 X Order Setting Conditions of Release **FILED**.

 X OTHER: Court and counsel heard re defense counsels oral motion
to have the dates corrected on the face of the petition; **GRANTED;**
court instructed government to have the U.S. Probation Officer
file an Amended Petition to Revoke Supervised Release.

At 10:25 a.m. court adjourned.

DATE:   September 25, 2006    DEPUTY CLERK'S INITIALS:    amk