AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

RECEIVED
SEP 20 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:01-cr-00048-JWS |
| JEREMY M. SIMMONS | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Monday, September 25, 2006<br>at 10:00 a.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Supervised Release Violation Petition

Charging you with a violation of: A mandatory condition of supervision and a special condition of supervision.

Brief description of offense: 1) Arrested and charged with contributing to the delinquency of a minor. 2) Observed purchasing a 12-pack of beer and a bottle of rum.

| Ida Romack, Clerk of Court<br>Signature of Issuing Officer<br>**REDACTED SIGNATURE** | August 28, 2006; Anchorage, Alaska<br>Date and Location |
|---|---|

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  9/25/2006

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US DISTRICT COURT

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 9/25/2006         Ramot Johnsn
            Date                Name of United States Marshal

                                _____
                                (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.