NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Case No.  3:01-cr-00048-JWS |
| ) | |
| Plaintiff,  ) | |
| ) | **STATUS REPORT OF THE** |
| vs.  ) | **UNITED STATES** |
| ) | |
| JEREMY SIMMONS,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| ) | |

   The United States files with the court a status report in the above captioned case with regard to the petition of defendant Jeremy Simmons and requests another 30 days for the filing of an additional report given the nature of the proceedings between the defendant and the probation office.

On this date, the undersigned contacted the United States Probation Office attempting to discuss this matter with Probation Officer Mary Barnes. Ms. Barnes is away from the office until November 8, 2008. Due to the pendency of the government's status report, another probation officer reviewed the file and informed the undersigned that the state court proceeding paralleling the petition remained unresolved, and, from what appeared in the file there existed a proposed modification of the defendant's conditions which had been prepared, but not yet executed by the defendant.

In light of this information, the United States requests that the court set a date for another status report to be submitted by the government some 30 days from now. Government counsel will contact Ms. Barnes on her return to the office and will notify the court if a pending resolution, or a formal resolution for modification will be forthcoming.

Wherefore, given the above facts, the government requests that the court continue the matter and require the government to file a status report in approximately 30 calendar days.

// //

// //

RESPECTFULLY SUBMITTED this 6th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Steven E. Skrocki
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
steven.skrocki@usdoj.gov
AK #0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2006,
a copy of the foregoing Status Report was served
electronically on Mike Dieni.

s/ Steven E. Skrocki