```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  JEREMY M. SIMMONS      CASE NO. 3:01-CR-00048-JWS
Defendant: X Present   X On Bond

BEFORE THE HONORABLE:    JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   CHAD WILTS / CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  STEVEN E. SKROCKI

DEFENDANT'S ATTORNEY:    KEVIN MCCOY

U.S.P.O.:                MARY FRANCES BARNES

PROCEEDINGS: STATUS CONFERENCE RE: AMENDED PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 75) Held 2/1/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:05 a.m. court convened.

Court and counsel heard re Amended Petition to Revoke Supervised Release (DKT 75).

Court and counsel heard re parties stipulation to dismiss Amended Petition to Revoke Supervised Release DKT 75 and defendant to reside for 90 days in a community correctional facility.

Court and counsel heard re modification and filing of conditions of supervised release and documents signed by the defendant.

Jeremy M. Simmons sworn and stated name: Same as above.

Court and counsel heard re plaintiff's oral motion to DISMISS WITHOUT PREJUDICE Amended Petition to Revoke Supervised Release DKT 75; **GRANTED, DISMISSED WITHOUT PREJUDICE**.

Defendant released from bail conditions.

At 11:15 a.m. court adjourned.


DATE:   February 1, 2007      DEPUTY CLERK'S INITIALS:   Ce