PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska



### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy Simmons                    Case Number: A01-0048-01CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   May 31, 2001/Revocation January 6, 2005

Original Offense:   Bank Larceny in violation of 18 U.S.C. § 2113(b)

Original Sentence:   10 months imprisonment, three years supervised release, $31,504
restitution/Revocation - one day imprisonment, three years super

Date Supervision Commenced: March 29, 2002/Revocation - January 6, 2005

## PETITIONING THE COURT

[  ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

> **At the direction of the probation officer, the defendant shall reside at the**
> **Community Corrections Center for a period of 90 days, with release for work,**
> **treatment, medical and church**.

## CAUSE

The defendant violated the Mandatory Condition of Supervision, "The defendant shall not commit
another federal, state, or local crime," in that according to Anchorage Police Records, the defendant was
arrested and charged with on or about June 22, 2006, the defendant did contribute to the Delinquency of
a Minor and Furnished Alcoholic Beverages to a person under the age of 21. This is a Grade C violation.

Additionally, the defendant violated the Special condition of Supervision, "the defendant shall abstain
from using alcohol, and shall not enter any establishment where the primary business is the sale of
alcohol," in that on or about June 22, 2006, the defendant was observed in a Tesoro store video
surveillance purchasing a 12-pack of beer and a bottle of rum. This is a Grade C violation.

*Request for Modification of Conditions or Term*
*Name of Offender          :          Jeremy Simmons*
*Case Number              :          A01-0048-01CR (JWS)*

Respectfully submitted,

**REDACTED SIGNATURE**

Mary Frances Barnes
U.S. Probation/Pretrial Services Officer
Date:  January 31, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[✗]    The Modification of Conditions as Noted Above
[  ]    Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date:    2 - 5 - 07

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Jeremy M. Simmons**                    **Docket No. A01-0048-01CR (JWS)**

    I, ___Jeremy M. Simmons___ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

> **At the direction of the probation officer, the defendant shall reside at the Community Corrections Center for a period of 90 days, with release for work, treatment, and church.**

Signed: _____     Date: __12|12|06__

        Jeremy M. Simmons
        Probationer or Supervised Releasee

**REDACTED SIGNATURE**                    Date: __12/12/06__

        Mary Frances Barnes
        U.S. Probation/Pretrial Services Officer