NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                    Plaintiff,    )<br>                                                          )<br>     vs.                                              )<br>                                                          )<br> JEREMY M. SIMMONS,           )<br>                                                          )<br>                    Defendant. )<br>_____) | Case No.  3:01-CR-048-JWS<br><br>**PLAINTIFF'S APPLICATION FOR**<br>**WRIT OF GARNISHMENT** |

　　　　Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant Jeremy M. Simmons, SSN: xxx-xx-2449, DOB, September 30, 1981, last-known address, 917 East 46th Court, #A, Anchorage, Alaska 99503.

　　　　1.　　Judgment in the amount of $31,604.00 was entered in this district against defendant on May 31, 2001.

　　　　2.　　Amounts which have accrued since entry of judgment are:

$240.00 in accrued costs.

3. Credit must be given for payments and partial satisfaction in the total amount of $ $20,112.06.

4. There remains a current unpaid balance of $11,491.94 in restitution and $240.00 in post-judgment costs, for a total amount of $11,731.94 which is due and owing as of March 7, 2007.

5. At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

6. The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

7. The name and address of the garnishee or the authorized agent for the garnishee is:

Alaska Tower Services
Attention: Sean Burr
1960 Village Drive
Wasilla, AK 99654-3624

/
/
/
/

RESPECTFULLY SUBMITTED on March 7, 2007, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031