IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:01-cr-048-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PROPOSED** |
| vs. | ) | **WRIT OF GARNISHMENT** |
| | ) | |
| JEREMY M. SIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:    Alaska Tower Services
        Attention: Sean Burr
        1960 Village Drive
        Wasilla, AK 99654-3624

On May 31, 2001, the judgment captioned above was entered in the United States District Court, District of Alaska. Said judgment was awarded in favor of the United States of America as judgment creditor and against judgment debtor Jeremy M. Simmons, SSN, xxx-xx-2449, DOB, September 30, 1981, last-known address, 917 East 46th Court, #A,  Anchorage, Alaska 99503. The judgment was for:

$31.504.00    restitution

$100.00        special assessments

$31,604.00    JUDGMENT AS ENTERED.

According to plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$240.00          accrued costs

CREDIT must be given for payments and partial satisfaction in the amount of:

$20,112.06      which have been credited to the judgment debt, leaving a net balance of:

$11,731.94      ACTUALLY DUE on March 7, 2007, the date of the request for issuance of this writ, of which

$11,491.94      is due on the judgment as entered and bears no interest, to which must be added the commissions and costs of the officer executing this writ.

Defendant's current unpaid balance is $11,491.94 in restitution and $240.00 in costs, for a total amount of $11.731.94 which is due and owing as of March 7, 2007.

YOU ARE HEREBY REQUIRED by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

Within ten (10) days of your receipt of this writ, you must file your written Answer to the writ by mailing or delivering it to:

Clerk of Court
United States District Court
Room 261, Federal Bldg. & U.S. Courthouse
222 West 7th Avenue, #4
Anchorage, Alaska 99513-7564.

You are also required by law to serve a copy of your Answer to this writ upon the debtor by sending it to Jeremy M. Simmons, whose last known address is 917 East 46th Court, #A, Anchorage, Alaska 99503. Finally, you must also serve a copy of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue #9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form which you will receive with this writ.

**Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging**

**the defendant from employment based on the fact that his earnings have been subject to garnishment for any one indebtedness.**

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court.  If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.  It is unlawful to pay or deliver to the defendant any item attached by this writ.

DATED: _____, at Anchorage, Alaska.

IDA ROMACK
CLERK OF COURT

_____
By:    Deputy Clerk