Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JERRY M. SIMMONS,<br><br>            Defendant. | Case No. 3:01-cr-0048-JWS<br><br>**MOTION FOR 14-DAY EXTENSION OF TIME TO ANSWER GOVERNMENT'S APPLICATION FOR WRIT OF GARNISHMENT** |

Defendant, Jerry M. Simmons, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a 14-day extension of time within which to answer the government's application for writ of garnishment.

Mr. Simmons requires additional time to obtain legal advice regarding the government's application. Mr. Simmons currently resides at the Community Corrections Center in Anchorage and did not receive his copy of the government's application until approximately March 16, 2007. He contacted undersigned counsel the next business day, Monday, March 19. As a result, additional time is necessary

to contact opposing counsel and formulate an answer. Opposing counsel, Richard Pomeroy, is unavailable to discuss the matter. He is on leave of absence the week of March 19, and presumably will return March 27.

DATED this 19th day of March, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax: (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on *, 2007, a copy of the
foregoing document, with attachments, was
served electronically on:

Richard Pomeroy, Esq.

/s/ Michael D. Dieni