UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JERRY M. SIMMONS,<br><br>　　　　　Defendant. | Case No. 3:01-cr-0048-JWS<br><br>**ORDER GRANTING EXTENSION OF TIME** |

　　　　After due consideration of defendant's Motion for 14-day Extension of Time to Answer Government's Application for Writ of Garnishment, the motion is GRANTED. Defendant shall have until _____ within which to file an answer to the government's application.

　　　　DATED this ____ day of _____, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge