NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No.  3:01-CR-048-JWS |
| ) | |
| Plaintiff,            ) | |
| ) | |
| vs.            ) | **NOTICE OF LODGING AMENDED** |
| ) | **WRIT OF GARNISHMENT** |
| JEREMY M. SIMMONS,            ) | |
| ) | |
| Defendant.            ) | |
| ) | |

  Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby lodges an Amended Writ of Garnishment for issuance by the Clerk of Court.  The Writ of Garnishment, Docket 85-1, issued on March 8, 2007 is amended for the reason that the Garnishee, Alaska Tower Services is now owned and operated by ATS, Inc.

  The Writ at Docket 85-1 will be returned unexecuted.

  The name and address of the garnishee or the authorized agent for the garnishee is:

/

/

ATS, Inc.
Payroll Department
1401 West Parks Highway, Suite 203
Wasilla, AK 99654

RESPECTFULLY SUBMITTED on April 6, 2007, at Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney


    s/Richard L. Pomeroy
    RICHARD L. POMEROY
    Assistant U.S. Attorney
    222 West 7th Avenue #9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax:  (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    Alaska Bar No. 8906031

I declare under penalty of perjury that on April 6, 2007 a true and correct copy of the above Notice of Lodging and Amended Writ was served electronically on Michael Dieni.

s/Richard L. Pomeroy