NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  3:01-cr-048-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| JEREMY M. SIMMONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff the United States of America, certifies that it has served the defendant with copies of the Writ of Garnishment, Plaintiff's Application for Writ of Garnishment, Clerk's Notice and Instructions to Debtor, Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing form, and Plaintiff's Notice to Debtor.  Said documents were served upon the defendant, Jeremy M. Simmons, through his attorney, Michael Dieni, by certified mail on March 22, 2007. A copy of the Domestic Return Receipt is attached hereto.

DATED this 9th day of April 2007.

                                                  s/Richard L. Pomeroy
                                                  RICHARD L. POMEROY
                                                  Assistant U.S. Attorney
                                                  222 West 7th Avenue #9, Room 253
                                                  Anchorage, AK 99513-7567
                                                  Phone: (907) 271-5071
                                                  Fax:   (907) 271-2344
                                                  E-mail: richard.pomeroy@usdoj.gov
                                                  Alaska Bar No. 8906031

