**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:01-cr-048-JWS |
| DEFENDANT | TYPE OF PROCESS |
| JEREMY M. SIMMONS | Writ of Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alaska Tower Services, Attention: Sean Burr

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1960 Village Drive, Wasilla, AK 99654-3624

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy, Assistant U.S. Attorney
222 West 7th Ave., Rm. 253
Anchorage, AK 99513

Number of process to be served with this Form:
Number served in this case:
Check for service on U.S.A.

RECEIVED APR 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Please serve by certified mail, return receipt requested the following attachments: Writ of Garnishment, Plaintiff's Application for Writ of Garnishment, Clerk's Notice, Claim of Exemptions and Request for Hearing, Plaintiff's Instructins to Garnishee, and Employer's Answe to Writ of Garnishment for Earnings form.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 907-271-5071
DATE: 3/20/07

*Richard L. Pomeroy*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 6
District to Serve No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 3/21/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Mail

Date of Service: Time: am/pm
Signature of U.S. Marshal or Deputy: RJS

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8 | 5.00 | | 13.60 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

**CERTIFIED MAIL**

MARSHAL SERVICE
7th AVE #28 RM
ANCHORAGE, AK 99513

7003 0500 0004 1672 4539



$05.60
MAR 21 2007
MAILED FROM ZIP CODE 99513

---

**Domestic Return Receipt** — PS Form 3811, August 2001

1. Article Addressed to:
   Alaska Tower Services
   Attention: Sean Burr
   1960 Village Drive
   Wasilla, AK 99654-3624

B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7003 0500 0004 1672 4539

---

Alaska Tower Services
Attention Sean Burr
1960 Village Drive
Wasilla, AK 99654-3624

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 0500 0004 1672 4539

Sent To: Alaska Tower Services, Attn:
Street, Apt. No.; or PO Box No.: Sean Burr
1960 Village Drive
City, State, ZIP+4: Wasilla AK 99654-3624

PS Form 3800, June 2002    See Reverse for Instructions