Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**RECEIVED**
MAY 2 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. A01-0048-01CR (JWS)

Jeremy Simmons

On January 6, 2006, the above-named had his supervised release revoked and a second term of supervised release was imposed for a period of three years minus one day. The defendant has paid his restitution in full. It is accordingly recommended that Jeremy Simmons be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE    5/18/07
Mary Frances Barnes                Date
U.S. Probation/Pretrial Services Officer

Redacted Signature
Eric D. Odegard
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 18th day of May, 2007.

REDACTED SIGNATURE
John W. Sedwick
Chief U.S. District Court Judge

SCANNED