IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:01-CR-00048 |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF CANCELLATION |
| vs. ) | OF |
| ) | WRIT OF EXECUTION |
| JEREMY M. SIMMONS, ) | |
| ) | |
| Defendant. ) | |

TO: STATE OF ALASKA DEPARTMENT OF REVENUE

The Writ of Execution on the Alaska Permanent Fund Dividend in the above captioned case served on: May 10, 2007 against the dividend of

NAME: Jeremy M. Simmons

SS#: **REDACTED**

DOB: 9/30/1981

is hereby cancelled.

Dated this day of 7/26/07.

RANDY M. JOHNSON
United States Marshal

BY: *[signature]* Andrew Arnold/prism
Deputy U.S. Marshal

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
    222 W. 7th Avenue, #28
    Anchorage, AK 99513-7504
    Phone (907) 271-5154

*- For PFD Division Use Only -*
*PFD Server Code*

**G0137**

Location_____

Priority_____

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** 3:01-cr-048-JWS
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** JEREMY M. SIMMONS

**AKA or Alias:**

**Social Security Number:** **REDACTED**

**Date of Birth:** September 30, 1981

**Amount of Writ** $11,731.94

**Service Fee** $

**Interest to October 15** $

**Total Due** $

Service Agent

| Signature | Date |
|---|---|
| [signed] | 5/10/07 |
| Printed Name | Title |
| ANDREW ARNOLD | DUSM |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.